FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ FEB 28 2019 ★

LONG ISLAND OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
LANA ARONNE, individually and
on behalf of a class of similarly situated
individuals,

                      Plaintiff

   -against-

VENGROFF WILLIAMS, INC.,

                      Defendant.
-----------------------------------------------------------x

**STIPULATION OF DISMISSAL**
2:18-cv-04724 (JFB) (ARL)

**TO THE HONORABLE UNITED STATES DISTRICT COURT:**

Pursuant to Fed. R. Civ. P. 41(a) (1)(A)(ii), the parties stipulate to the dismissal of plaintiff's individual claims with prejudice and dismissal of the claims alleged on behalf of the putative class members without prejudice. The parties agree that each party shall bear its own attorneys' fees and costs incurred.

_____
Abraham Kleinman (AK-6300)
KLEINMAN LLC
626 RXR Plaza
Uiondale, New York 11556-0626
Telephone  (516) 522-2621
Facsimile   (888) 522-1692
E-Mail:      akleinman@kleinmanllc.com

/s/ *Richard J. Perr*
_____
Richard J. Perr (RP-5194)
FINEMAN KREKSTEIN & HARRIS, P.C.
1801 Market Street, Suite 1100
Philadelphia, PA 19103-1628
Tel.  (215) 893-9300
Fax. (215) 893-8719
E-Mail: rperr@finemanlawfirm.com

The Clerk of the Court shall close the case.

SO ORDERED
s/ Joseph F. Bianco
Joseph F. Bianco
USDJ
Date: Feb 28, 2019
Central Islip, N.Y.